| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Christopher M. Combs** | Social Security number or ITIN **xxx–xx–5918** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing)   First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **18–32028** | |

## Order of Discharge                                                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher M. Combs

February 12, 2019                                                                 **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                                                                      United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 18-32028-DLT
Christopher M. Combs                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 2              Date Rcvd: Feb 12, 2019
                               Form ID: 318             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2019.
db          #+Christopher M. Combs,   114 N. Long, Apt. 2F,   Chicago, IL 60644-3562
27301898      CB/HSN,   PO Box 182120,   Columbus, OH 43218-2120
27301899     +Citizens Bank,   1 Citizens Dr.,   Riverside, RI 02915-3000
27301901    #Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
27301902      Comcast,   Bankruptcy Department,   11621 E. Marginal Way 5,   Tukwila, WA 98168-1965
27301904      Commonwealth Edison-Care Center,   Bankruptcy Department,   PO Box 6113,
               Carol Stream, IL 60197-6113
27301907     +Duvera,   1910 Palomar Point Way, Ste. 101,   Carlsbad, CA 92008-5578
27301909     +Moe's Furniture & Mattress Gallery,   4000 W Madison St,   Chicago, IL 60624-2317
27301910      Rush University Medical Center,   c/o Medical Business Bureau,   PO Box 1219,
               Park Ridge, IL 60068-7219
27301911     +Speedy Cash,   c/o AD Astra Recovery Services,   7330 W. 33rd St., Ste. 118,
               Wichita, KS 67205-9370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: gpaloian@iq7technology.com Feb 13 2019 02:06:09     Gus A Paloian,
               Seyfarth, Shaw, Et Al,   233 S. Wacker Drive,   Suite 8000,   Chicago, IL 60606-6448
27301895     +EDI: DCI.COM Feb 13 2019 06:43:00     AT & T,   c/o Diversified Consultants,   PO Box 551268,
               Jacksonville, FL 32255-1268
27301896     +EDI: CINGMIDLAND.COM Feb 13 2019 06:43:00     AT&T,   Bankruptcy Department,
               5407 Andrew Highway,   Midland, TX 79706-2851
27301897      EDI: CAPITALONE.COM Feb 13 2019 06:43:00     Capital One Bank USA,   PO Box 30281,
               Salt Lake City, UT 84130-0281
27301900      EDI: IIC9.COM Feb 13 2019 06:43:00     Comcast,   c/o I C Systems Collections,   PO Box 64378,
               Saint Paul, MN 55164-0378
27301903     +EDI: MID8.COM Feb 13 2019 06:43:00     Comenity Capital Bank,   c/o Midland Funding LLC,
               2365 Northside Dr., Ste. 300,   San Diego, CA 92108-2709
27301905     +EDI: CONVERGENT.COM Feb 13 2019 06:43:00     Convergent Outsourcing Inc.,
               800 SW 39th St./PO Boc 9004,   Renton, WA 98057-9004
27301906     +EDI: MID8.COM Feb 13 2019 06:43:00     Credit One Bank,   c/o Midland Funding LLC,
               2365 Northside Dr., Ste. 300,   San Diego, CA 92108-2709
27301908      EDI: JEFFERSONCAP.COM Feb 13 2019 06:43:00     Fingerhut Direct Marketing,
               c/o Jefferson Capital System,   16 McLeland Rd.,   Saint Cloud, MN 56303
27301912      EDI: VERIZONCOMB.COM Feb 13 2019 06:43:00     Verizon Wireless,   Attn: Recovery Department,
               1515 E. Woodfield Road, Suite 1400,   Schaumburg, IL 60173-5443
27301913     +EDI: VERIZONCOMB.COM Feb 13 2019 06:43:00     Verizon Wireless-South,   PO Box 26055,
               Minneapolis, MN 55426-0055
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2019 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Christopher M. Combs davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Gus A Paloian    gpaloian@seyfarth.com, gpaloian@iq7technology.com;jmcmanus@seyfarth.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Feb 12, 2019
                              Form ID: 318             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 3